# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Andrew Penuela; et al

                              **Plaintiff,**

V.

Wells Fargo Bank NA; et al

                              **Defendant.**

Case No.   24-cv-2098-AJB-BJC

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE**

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:   "Low-Numbered Case No.:   22-cv-1976-DMS-SBC

Title:   Mosley; et al v. Wells Fargo & Co.; et al

Nature of Case:   Banks and Banking

The above "low-numbered" case and the present case appear:

- ☒ (1) to arise from the same or substantially identical transactions, happenings or events; or
- ☒ (2) involve the same or substantially the same parties or property; or
- ☐ (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- ☒ (4) call for determination of the same or substantially identical questions of law; or
- ☐ (5) where a case is refiled within one year of having previously been terminated by the Court; or
- ☐ (6) for other reasons would entail unnecessary duplication of labor if heard by different judges.

**New Case #:**   24-cv-2098-DMS-SBC

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:   11/13/24       By:  s/ M. Quinata

                                            M. Quinata, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1 Transfer of Civil Cases under "Low-Number" Rule.

Dated:   November 13, 2024

                                           Dana M. Sabraw
                                         United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Dana M. Sabraw and Magistrate Judge Steve B. Chu for all further proceedings.

Dated:   11-14-24

                                         Anthony J. Battaglia
                                         United States District Judge