

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew Penuela; Koushik Charan; Jill Molaris; Maria Smythe; Jessica Willshire; Daymond Walton<br><br>Plaintiff,<br>V.<br>Wells Fargo Bank N.A.; Wells Fargo & CO<br><br>Defendant. | Civil Action No.   24-cv-2098-BJC-SBC<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

In light of the foregoing, the Court GRANTS Defendant's Motion to Compel Arbitration and the case is dismissed without prejudice.

Date:   8/11/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ D. Martinez
　　　　　　　　　　　　D. Martinez, Deputy